

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 3:46:35 PM
CHRISTOPHER A. PRINE
Clerk

March 19, 2015

HONORABLE KATHERINE CABANISS
248TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: DARIUS HOUSTON-RANDLE

Cause No: 1418365

Court: 248TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 3/17/15
**Sentence Imposed Date:** 3/17/15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
   District Attorney
   Appellate Division
   Harris County, Texas

   LOUISE STECKLER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin P O Box 4651 Houston, Texas 77210-4651

Cause No. 1418365

THE STATE OF TEXAS

Darius Houston Randle, V. A/K/A/ _____

P2

248 District Court / County Criminal Court at Law No. _____

Harris County, Texas

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On March 17, 2015 (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction.

FILED
Chris Daniel
District Clerk
MAR 17 2015
Time: _____
Harris County, Texas
By _____ Deputy

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

March 17, 2015
Date

Darius Houston-Randle
Defendant (Printed name)

_____
Attorney (Signature)

Ken McCoy
Attorney (Printed name)

_____
State Bar Number

_____
Address

_____
Telephone Number

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT
appellate counsel to represent him

☒ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order
Granting the requested relief.

x Darius Houston
Defendant (Signature)

Darius Houston-Randle
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON March 17, 2015

By Deputy District Clerk of Harris County _____

# ORDER

On _____MAR 17 2015_____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☒ IS indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record.

    ☒ employing counsel and/or paying for a clerk's and court reporter's record

The Court ORDERS that

☒ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☒ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    is APPOINTED to represent defendant / appellant on appeal.

    ☐ Harris County Public Defender's Office (HCPD) IS APPOINTED to represent defendant/appellant on appeal.
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $_____.

☐ TO CONTINUE as presently set

☒ DENIED and IS SET at NO BOND (Felony Only)

DATE SIGNED: _____MAR 17 2015_____ 3-17-15

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. _____,
HARRIS COUNTY, TEXAS

 

Cause No. 1418365

THE STATE OF TEXAS

v.

Darius Huosten Rondle, Defendant

IN THE 248 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ——

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____     March 17, 2015
Judge                                Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X Darius Houston
X Defendant

X Mailing Address. 5407 Bridgeforest dr.
X Telephone number: 281-713-0815
Fax number (if any): _____

K. E. McCoy
Defendant's Counsel

State Bar of Texas ID number 00786098
Mailing Address. PO Box 53347 H/Tx
Telephone number: 281-686-4389
Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2)

CLERK

9/1/2011

14K

# APPEAL CARD

5-16-15

Court
248

Cause No.
1418365

## The State of Texas
### Vs
Darius Huston Randle

3-17-15

Date Notice
Of Appeal: 3-17-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Kathleen (Mlamis)
Court Reporter Laura Stettes
Court Reporter_____
Court Reporter_____

Attorney
on Trial Ken McCoy

Attorney
on Appeal_____

Appointed_____ Hired_____

Offense MMS Hrg - Agg Robbery

Jury Trial: Yes_____ No X

Punishment
Assessed 15 Yrs TDC

Companion Cases 1447030
(If Known) 145450

Amount of
Appeal Bond O

Appellant
Confined: Yes X No_____

Date Submitted
To Appeal Section_____

Deputy Clerk_____

22/997